In the Matter of the Application of LAURENCE McCABE, Respondent, for Revocation of Letters of Administration of the Estate of JAMES A. McCABE, Deceased, Granted to JOHN McCABE, Appellant.

*Matter of McCabe,* 84 App. Div. 145, affirmed.

(Argued February 8, 1904; decided February 23, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 6, 1903, which reversed an order of the Broome County Surrogate's Court denying an application for the revocation of letters of administration of the estate of James A. McCabe, deceased, and directed the revocation of such letters of administration.

*Jerome De Witt, Theodore R. Tuthill* and *W. D. B. Ainey* for appellant.

*Winthrop D. Painter* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.